UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY LEE GAINES,<br><br>    Plaintiff,<br><br>    v.<br><br>S. LWIN, et al.,<br><br>    Defendants. | CASE No. 1:16-cv-0168- LJO-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF NO. 8)** |
|---|---|

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On February 5, 2016, Plaintiff filed a motion to proceed in forma pauperis, which was granted on February 12, 2016. (ECF Nos. 1, 4.) Plaintiff has now filed a second motion to proceed in forma pauperis. (ECF No. 8.) Unlike Plaintiff's first motion, this second motion includes a certified copy of Plaintiff's trust statement. In any event, since Plaintiff's first motion has previously been granted, this second motion will be denied as moot.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's March 18, 2016, motion to proceed in forma pauperis (ECF No. 8) is DENIED as moot.
IT IS SO ORDERED.

Dated:   March 25, 2016          /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE